UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

R & K LOMBARD PHARMACY CORP., )
et al., )
 )
       Plaintiffs, )
 )
   vs. )   No. 4:07-CV-288 (CEJ)
 )
MEDICINE SHOPPE INTERNATIONAL, )
INC., et al., )
 )
       Defendants. )

### ORDER

**IT IS HEREBY ORDERED** that the motion of Leonard D. Vines, Nicole S. Zellweger, and Blumenfeld, Kaplan & Sandweiss, P.C. to withdraw their appearance on behalf of all plaintiffs [Doc. 35] is **granted**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 9th day of April, 2007.